1
2
3
4
5 **UNITED STATES DISTRICT COURT**
6 **DISTRICT OF NEVADA**
7

8 JOSHUA BOYD,                                    )
                                                  )
9                         Plaintiff,              )        Case No. 2:13-cv-02079-APG-GWF
                                                  )
10 vs.                                            )        **ORDER**
                                                  )
11 TRAVELER'S INSURANCE,                          )
                                                  )
12                         Defendant.             )
13 ——————————————————————————)

14      The Court has received the parties' Proposed Joint Discovery Plan and Scheduling Order (#10)

15 filed January 7, 2014.  The proposed Order before the Court does not comply with the requirements of

16 LR 26-1.  LR 26-1(e)(1) sets a period of 180 days as a presumptively reasonable amount of time in

17 which to conduct discovery.  The 180 days is measured from the date the first defendant answered or

18 otherwise appeared.  Discovery plans requesting longer than 180 days from the date the first defendant

19 answers or appears require special scheduling review.  Where such special scheduling review is

20 requested, the plan shall state the reasons why longer or different time periods should apply.

21 Accordingly,

22      **IT IS HEREBY ORDERED** that the Proposed Joint Discovery Plan and Scheduling Order

23 (#10) is **denied**, without prejudice.

24      **IT IS FURTHER ORDERED** that the parties are to file a revised Discovery Plan and

25 Scheduling Order in compliance with LR 26-1(d), including any request for special scheduling review,

26 . . .

27 . . .

28 . . .

1   no later than January 15, 2014.  The revised discovery plan should state the reasons why a longer

2   discovery period should be granted.

3          DATED this 8th day of January, 2014.

4

5                                      _____

6                           GEORGE FOLEY, JR.
                        United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28